SAVILLE, Administrator, etc., Appellant, v. FRISBIE, Respondent.

No. 8183; May 11, 1883.

**Dismissal of Action—Right of Plaintiff to Show Cause.**—It is error to dismiss an action without giving the plaintiff an opportunity to show cause why it should not be dismissed.

APPEAL from Superior Court, San Francisco.

P. G. Galpin for appellant; Stow, Irving, Brooks and Carpenter for respondent.

By the COURT.—The court below should have granted the motion to vacate the order and judgment dismissing the action. The circumstances attending the dismissal rendered it proper that an opportunity be afforded the plaintiff to show cause, if any existed, why the action should not be dismissed.

Order reversed.